

**FILED**
2012 Sep-10 PM 01:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| NAKEYA BREWSTER SMITH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Civil Action No.:<br>MIDLAND FUNDING, LLC, a )<br>corporation; MIDLAND CREDIT )<br>MANAGEMENT, INC., a )<br>corporation; )<br>)<br>Defendants. ) | |

## CORPORATE DISCLOSURE STATEMENT

**COMES NOW** the Plaintiff, Nakeya Brewster Smith, by and through counsel, pursuant to Federal Rules of Civil Procedure 7.1 and states Plaintiff is an individual.

Respectfully Submitted,

_____
**John G. Watts (ASB-5819-t82j)**
**M. Stan Herring (ASB-1074-n72m)**
Watts & Herring, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 879-2447
(888) 522-7167 *facsimile*
john@wattsherring.com
stan@wattsherring.com

**Attorneys for Plaintiff**