# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| NAKEYA BREWSTER SMITH, | ) |
| Plaintiff, | ) |
| vs. | )    CV 12-J-2916-S |
| MIDLAND FUNDING LLC, et al., | ) |
| Defendants. | ) |

### ORDER

The parties having informed the court that they have reached an amicable settlement of all claims in this case;

It is therefore **ORDERED** that this case be and hereby is **DISMISSED WITHOUT PREJUDICE**;

It is further **ORDERED** that this court retains jurisdiction over this cause for the purpose of enforcing the parties' settlement agreement;

It is further **ORDERED** that the parties shall submit a formal stipulation of dismissal.

**DONE** and **ORDERED** this 26th day of September 2012.

*/s/ Inge Prytz Johnson*
_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE